United State Bankruptcy Court
MIDDLE DISTRICT OF PENNSYLVANIA

# REPORT OF PUBLIC SALE
(For Chapter 7, 11 and 13 Cases)

IN RE: S & R Ltd      CASE NO.

**CHAPTER: 7**

1. DATE OF SALE: July 27, 2019     TRUSTEE' S ATTORNEY:    William G. Schwab

2. AUCTIONEER: Houser Auctioneers     ATTORNEY FOR CREDITORS COMMITTEE: None

3. BRIEF DESCRIPTION OF ASSETS: Misc Mini Mart Goods

4. ATTENDANCE AT SALE: Live   NUMBER OF LOTS: 1   INTENSITY OF BIDDING: Vigorous

5. SECURITY OF ASSETS DURING SALE: Auctioneer

6. TYPE OF BIDDERS: Commercial

7. BULK BID: None

8. LOT BIDS $1      NUMBER:1

9. APPRAISER: None   FEE $ N/A

10. AUCTIONEER'S FEE $3800     ADVERTISING COSTS N/A

11. OTHER COSTS $0     EXPLAIN: See Attached breakdown

12. HOW WAS SALE ADVERTISED? Online

13. NET AMOUNT REALIZED $ 34200

**WILLIAM G. SCHWAB, Trustee**           /s/ William G. Schwab
Reporting Party                                         William G. Schwab, Trustee
January 8 2021

(File original with Clerk's office within five (5) days of sale, even if objection is filed, Attach notice(s) of sale produced by auctioneer and auctioneer sheets to copy and forward to U. S. Trustee.)
UST-PA-MD- 7
(Apr. 1988)

Houser Auctioneers  
106 Ridge Cup Road  
New Ringgold, PA  17960  
570/386-2191  
HouserAuctioneers.com  

JULY 27, 2019                                                    Page:    1  
Consignment Sales - Detail    Sat Jul 27 12:37:45 2019

Consignment: 1  
Consignor:   US BANKRUPTCY COURT/MIDDIST PA  
S & R LTD  
501 RT 61 SOUTH  
SCHUYLKILL HAVEN, PA  17972  

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 1 | LIQUOR LICENSE | 1 | 5 | | | 38000.00 |
| 2 | HAND TRUCK | 1 | 20 | | | 22.50 |
| 3 | HAND TRUCK | 1 | 20 | | | 10.00 |
| 4 | CASE HAND TRUCKS CHOICE | 5 | 20 | | 10.00 | 50.00 |
| 5 | PALLET JACK | 1 | 10 | | | 55.00 |
| 6 | DRINK COOLER | 1 | 20 | | | 15.00 |
| 7 | DISPLAY RACKS | 1 | 17 | | | 25.00 |
| 8 | DISPLAY RACKS | 1 | 18 | | | 25.00 |
| 9 | DISPLAY RACK | 1 | 20 | | | 7.50 |
| 10 | PROPANE TANKS | 2 | 10 | | 5.00 | 10.00 |
| 11 | YUENGLING RAGS | 1 | 4 | | | 15.00 |
| 12 | WATER COOLER | 1 | 20 | | | 2.00 |
| 13 | LOAD BARS | 2 | 20 | | 10.00 | 20.00 |
| 14 | KEY CHAINS & POSTERS | 1 | 15 | | | 10.00 |
| 15 | KEY CHAIN | 1 | 10 | | | 0.25 |
| 16 | SNOW BLOWER | 1 | 10 | | | 25.00 |
| 17 | TAPS CHOICE | 3 | 9 | | 5.00 | 15.00 |
| 18 | TAPS & KEG BUCKET | 1 | 20 | | | 10.00 |
| 19 | AMPLIFIER | 1 | 1 | | | 3.00 |
| 20 | HEATERS LOT | 1 | 20 | | | 7.00 |